UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSTON FARMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESH GROWERS DIRECT, INC., et al,<br><br>　　　　　Defendants. | No. 1:17-cv-00016-LJO-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANTS FRESH GROWERS DIRECT, INC. and GILL GOLDMAN<br><br>(Doc. 18) |

On October 25, 2017, Plaintiff filed a notice of voluntary dismissal of Defendants Fresh Growers Direct, Inc. and Gill Goldman without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 18.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because Plaintiff filed a notice of dismissal of this case without prejudice under Rule 41(a)(1)(A)(i), this case has automatically terminated as to Defendants Fresh Growers Direct, Inc. and Gill Goldman. Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk of the Court is directed to TERMINATE Defendants Fresh Growers Direct, Inc. and Gill Goldman.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendant.

IT IS SO ORDERED.

Dated: **October 30, 2017**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE